UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DELAWARE RIVERKEEPER, THE DELAWARE RIVERKEEPER NETWORK, AMERICAN LITTORAL SOCIETY, CHEMICAL WEAPONS WORKING GROUP, CLEAN WATER ACTION, DELAWARE AUDUBON, NEW JERSEY AUDUBON SOCIETY, and NEW JERSEY ENVIRONMENTAL FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY and SECRETARY OF DEFENSE,<br><br>Defendants, | No. |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs certify that to the best of my knowledge and belief, all plaintiffs are non-profit organizations that do not have any parent companies, subsidiaries or affiliates with any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

DATED: December 20, 2006

Respectfully Submitted,
/s/
JOHN FRITSCHIE
D.C. Bar No. 442624
Delaware Riverkeeper Network
River Resources Law Clinic
300 Pond Street
Bristol, Pennsylvania 19007
(267) 390-4138