## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DELAWARE RIVERKEEPER**<br>**300 Pond Street**<br>**Bristol, Pennsylvania 19007** | ) |
| | ) |
| **THE DELAWARE RIVERKEEPER**<br>**NETWORK**<br>**300 Pond Street**<br>**Bristol, Pennsylvania 19007** | ) |
| | ) |
| **AMERICAN LITTORAL SOCIETY**<br>**Building 18 Sandy Hook**<br>**Highlands, New Jersey 07732** | ) |
| | ) |
| **CHEMICAL WEAPONS WORKING**<br>**GROUP**<br>**128 Main Street**<br>**Berea, Kentucky 40403** | ) |
| | ) |
| **CLEAN WATER ACTION**<br>**100 N. 17th Street, 9th Floor**<br>**Philadelphia, PA 19103** | ) |
| | ) |
| **DELAWARE AUDUBON**<br>**45 Shady Lane**<br>**Dover, Delaware 19901** | ) |
| | ) **Civil Action No. 06-2166 (ESH)** |
| **NEW JERSEY AUDUBON SOCIETY**<br>**11 Hardscrabble Road**<br>**Bernardsville, New Jersey 07924** | ) |
| | ) |
| **and** | ) |
| | ) |
| **NEW JERSEY ENVIRONMENTAL**<br>**FEDERATION**<br>New Jersey Environmental Federation<br>**1002 Ocean Avenue**<br>**Belmar, New Jersey 07719** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES ARMY** | ) |

**101 Army Pentagon**                        )
**Washington, D.C. 20310-0101**              )
                                             )
**and**                                      )
                                             )
**UNITED STATES SECRETARY OF**               )
**DEFENSE**                                  )
                                             )
                        **Defendants.**      )
                                             )
_____)

## <u>NOTICE OF APPEARANCE</u>

        The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special

Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                        Respectfully submitted,


                        _____/s/_____
                        STEVEN M. RANIERI
                        Special Assistant U.S. Attorney
                        555 Fourth St., N.W.
                        Room E4408
                        Washington, D.C.  20530
                        (202) 393-9895