## DESIGNATION AND ASSIGNMENT
## OF AN ACTIVE UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the District of Columbia in The Delaware Riverkeeper, et al. v. United States Army, et al., 06-2166. The Chief Judge of the United States Court of International Trade has consented to the designation and assignment of the

### HONORABLE RICHARD K. EATON

a Judge of the United States Court of International Trade for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 293(a), I do hereby designate and assign the Honorable Richard K. Eaton to perform judicial duties in the United States District Court for the District of District of Columbia for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

Washington, D.C.  JAN 25 2007

CHIEF JUSTICE OF THE UNITED STATES

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____ CwV____
Chief Deputy