UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DELAWARE RIVERKEEPER, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY, *et al.*,<br><br>       Defendants, | Case No: 1:06CV02166 (RKE) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 4, 2006, I served the following documents:

1. Complaint

2. Summons

3. Certificate required by LCvR 7.1

4. Magistrate Consent Form

5. Electronic Case Filing Order

6. Electronic Case Filing Registration

on the following:

United State Army

101 Army Pentagon

Washington, DC 20310-0101


Secretary of Defense

1000 Defense Pentagon

Washington, DC 20301-1000

Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

Civil Process Clerk

U.S. Attorney for the District of Columbia

501 3rd Street, NW

Suite 4500

Washington, DC 20530

by mailing a true copy of each document enclosed in a sealed envelope and sent via certified mail with return receipt. Attached to this Certificate are copies of the summonses and the certified mail and return receipts. The Secretary of Defense was the last to receive service and the date of service was January 18, 2007.

DATED:   March 6, 2007                    Respectfully Submitted,

/s/_____
JOHN ANDREW FRITSCHIE
D.C. Bar No. 442624
Delaware Riverkeeper Network
River Resources Law Clinic
300 Pond Street
Bristol, Pennsylvania 19007
Phone: (267) 390-4138
Facsimile: (215) 369-1181

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Delaware Riverkeeper, et al.,

**SUMMONS IN A CIVIL CASE**

V.

United States Army and Secretary
of Defense

CASE NUMBER    1:06CV02166

JUDGE:   Ellen Segal Huvelle

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/20/2006

TO: (Name and address of Defendant)

United States Army
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Andrew Fritschie
Delaware Riverkeeper Network
River Resources Law Clinic
300 Pond Street
Bristol, PA 19007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                      DEC 20 2006
CLERK                                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/4/07 |
| NAME OF SERVER (PRINT)  John Fritschie | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/07
              Date

Signature of Server

300 Pond St. Bristol PA 19007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Delaware Riverkeeper, et al.,

**SUMMONS IN A CIVIL CASE**

v.

United States Army and Secretary of Defense

CASE NUMBER   1:06CV02166

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/20/2006

TO: (Name and address of Defendant)

Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Andrew Fritschie
Delaware Riverkeeper Network
River Resources Law Clinic
300 Pond Street
Bristol, PA 19007

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                   DEC 20 2006
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/4/07 |
| NAME OF SERVER *(PRINT)* John Fritsche | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/07      [signature]
             *Date*       *Signature of Server*

300 Bond St., Bristol PA 19007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Delaware Riverkeeper, et al.,

**SUMMONS IN A CIVIL CASE**

V.

United States Army and Secretary of Defense

CASE NUMBER 1:06CV02166

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/20/2006

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Andrew Fritschie
Delaware Riverkeeper Network
River Resources Law Clinic
300 Pond Street
Bristol, PA 19007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 20 2006

CLERK                                          DATE

*Janette Stewart-Cureton*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/4/07 |
| NAME OF SERVER (PRINT) John Fritschie | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/07
            Date            Signature of Server

            300 Pond St, Bristol PA 19007
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Delaware Riverkeeper, et al.,

**SUMMONS IN A CIVIL CASE**

V.

United States Army and Secretary of Defense

CASE NUMBER   1:06CV02166

JUDGE:  Ellen Segal Huvelle

DECK TYPE:  Administrative Agency Rev

DATE STAMP:  12/20/2006

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney for the District of Columbia
501 3rd Street, NW
Suite 4500
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Andrew Fritschie
Delaware Riverkeeper Network
River Resources Law Clinic
300 Pond Street
Bristol, PA 19007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     DEC 20 2006

CLERK                                                                       DATE

_Janette Stewart-Cursh_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/4/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Fritschie | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): Certified Mail
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/07
_____
Date

Signature of Server

300 Pond St. Bristol PA 19007
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary of Defense
1000 Defense Pentagon
Washington, DC
      20301-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☑ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

GC
00874-07       JAN 29 2007

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0000 1232 8205

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the
     United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  1/9/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 700   7005 1820 0000 1232 8175

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530    OFFICIAL USE

| | |
|---|---|
| Postage | $3.27 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.52 |

Postmark: BRISTOL PA 19007, JAN 2007, 01/04/2007

7005 1820 0000 1232 8175

Sent To: Atny. Gen. of the U.S., US Dept of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, June 2002     See Reverse for Instructions

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20301    OFFICIAL USE

| | |
|---|---|
| Postage | $3.27 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.52 |

Postmark: BRISTOL PA 19007, JAN 2007, 01/04/2007

7005 1820 0000 1232 8205

Sent To: Secretary of Defense
Street, Apt. No.; or PO Box No.: 1000 Defense Pentagon
City, State, ZIP+4: Washington, DC 20301-1000

PS Form 3800, June 2002     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney for the District of Columbia
   501 3rd Street, NW
   Suite 4500
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   1/09/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0000 1232 8199

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 1820 0000 1232 8199

| | |
|---|---|
| Postage | $3.27 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.52 |

Postmark: BRISTOL PA 19007 JAN 2007 01/04/2007

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: U.S. Atty for the District of Columbia, 501-3rd Street, NW, Suite 4500
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, June 2002

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 1820 0000 1232 8182

| | |
|---|---|
| Postage | $3.27 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.52 |

Postmark: BRISTOL PA 19007 JAN 2007 01/04/2007

Sent To: U.S. Army, Secretary of the Army
Street, Apt. No.; or PO Box No.: 101 Army Pentagon
City, State, ZIP+4: Washington, DC 20310-0101

PS Form 3800, June 2002



Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 1820 0000 1232 8182
Detailed Results:

- Delivered, January 16, 2007, 2:13 pm, WASHINGTON, DC 20310
- Notice Left, January 13, 2007, 7:53 am, WASHINGTON, DC 20301
- Arrival at Unit, January 13, 2007, 7:27 am, WASHINGTON, DC 20022
- Acceptance, January 04, 2007, 4:15 pm, BRISTOL, PA 19007

 < Back

Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

 POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy