UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DELAWARE RIVERKEEPER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY, *et al.*, )<br>)<br>Defendants, )<br>) | Case No: 1:06CV02166 (RKE) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 42(a)(1), Plaintiffs hereby file notice of dismissal without prejudice in the above captioned matter. Defendants have neither filed an answer nor a motion for summary judgment, and Defendants support voluntary dismissal without prejudice. See attached.

DATED:   March 7, 2007                          Respectfully Submitted,

/s/ _____
JOHN ANDREW FRITSCHIE
D.C. Bar No. 442624
Delaware Riverkeeper Network
River Resources Law Clinic
300 Pond Street
Bristol, Pennsylvania 19007
Phone: (267) 390-4138
Facsimile: (215) 369-1181

**DEPARTMENT OF THE ARMY**
US ARMY CHEMICAL MATERIALS AGENCY
5183 BLACKHAWK ROAD
ABERDEEN PROVING GROUND  MD  21010-5424



**REPLY TO
ATTENTION** OF

AMSCM-EC                                                                                                  March 5, 2007

Mr. John Andrew Fritschie
Delaware Riverkeeper Network
River Resource Law Clinic
300 Pond Street
Bristol, Pennsylvania 19007

       Re:    The Delaware Riverkeeper et al. v. United States Army Confirmation of No Agency Action and Voluntary Dismissal of the Complaint

Dear Mr. Fritschie:

      On or about January 9, 2007, a complaint was filed by the Delaware Riverkeeper, the Delaware Riverkeeper Network, the American Littoral Society, the Chemical Weapons Working Group, the Clean Water Action, the Delaware Audubon, the New Jersey Audubon Society and the New Jersey Environmental Federation against the United States Army and the United States Secretary of Defense ("Defendants") alleging that the Defendants failed to comply with various statutes governing the elimination of biological and chemical weapons stockpile by selecting the DuPont facility in Deepwater, New Jersey to receive, treat, and dispose of hydrolysate from the Army's Newport, Indiana Chemical Disposal Facility.

      As you may now be aware, the Defendants have not made any decision to use the DuPont facility in Deepwater, New Jersey for treatment and disposal of hydrolysate from the Army's Newport, Indiana Chemical Disposal Facility and DuPont has issued a press release indicating that it is not interested in pursuing a contract with the Army to treat hydrolysate from the Army's Newport, Indiana facility at this time. Therefore, the Defendants believe the complaint filed by your clients is premature and unripe for judicial review.  Rather than go through a lengthy and unnecessary motion practice seeking dismissal of this lawsuit, the Army, through this correspondence, seeks to alleviate your client's concerns that a decision was made by the Army to use the DuPont facility in Deepwater, New Jersey and, in return, asks that your clients voluntarily dismiss without prejudice the aforementioned lawsuit.

      Thank you for your prompt attention to this matter. If you should have any questions, please contact our counsel at the Department of Justice, Barry Weiner, at 202-305-0469.

                                                            Sincerely,

                                                           Jesse L. Barber
                                                           COL, FA
                                                           Project Manager, Chemical Stockpile
                                                           Elimination
                                                           U. S. Army Chemical Materials Agency

Printed on Recycled Paper